PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY MENDOZA, SR.,<br><br>Defendant. | CASE NO. 1:22-MJ-00108-SAB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: December 15, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney LAUREL J. MONTOYA, and defendant ROBERT ANTHONY MENDOZA SR., both individually and by and through his counsel of record, STEVEN L. CRAWFORD, hereby stipulate as follows:

1. The Complaint in this case was filed on July 5, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 5, 2022. The court set a preliminary hearing date of December 15, 2022.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 10, 2023, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance

STIPULATION                                                     1

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 15, 2022, and February 10, 2023, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  December 9, 2022               PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ LAUREL J. MONTOYA
                                       LAUREL J. MONTOYA
                                       Assistant United States Attorney


Dated:  December 9, 2022               /s/ STEVEN L. CRAWFORD
                                       STEVEN L. CRAWFORD
                                       Counsel for Defendant
                                       ROBERT ANTHONY
                                       MENDOZA, SR.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to February 10, 2023, at 2:00 p.m.

2. The time between December 15, 2022, and February 10, 2023, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  12/12/2022                     *Sheila K. Oberto*
                                       The Honorable Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE