# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22MJ00108-001 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| ROBERT ANTHONY MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Disorderly Conduct

**Sentence Date:** April 7, 2023

**Review Hearing Date:** February 15, 2024

**Probation Expires On:** April 6, 2024

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10   Processing Fee: $ Choose an item. Restitution: $ 0

☐ Payment schedule of $ 51 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 0

☐ **Other Conditions:** 8 Weeks of Anger Management to be completed by 8/30/2023

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 510
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has completed in excess of the 8 weeks imposed by the court.

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

2/9/24  Government Attorney:  /Laurel Montoya/

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/15/2024 at 10 am Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 2/8/2024            _____/S/Steven L. Crawford_____
                                       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **February 12, 2024**            _____
                                              UNITED STATES MAGISTRATE JUDGE